# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1821 | **DATE** | 5/1/2001 |
| **CASE TITLE** | Kimberly Kuss vs. Thompson & Formby, Inc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff moves to quash the deposition subpoena, contending that Kessler's records and communications as a therapist are privileged from disclosure pursuant to the Illinois Mental and Developmental Disabilities Confidentiality Act, 740 ILCS 110/10. That motion is denied, but the deposition shall be limited to what plaintiff told Kessler about the immediate events at the time of the fire. Status hearing set for May 10, 2001 at 9:45am. to stand.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | MAY - 2 2001 | |
| | Notified counsel by telephone. | | date docketed | 9 |
| ✓ | Docketing to mail notices. | | | |
| | Mail A 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIMBERLY KUSS, )
)
Plaintiff, )
)
vs. ) No. 00 C 1821
)
THOMPSON & FORMBY, INC., a )
corporation, and SHERWIN-WILLIAMS )
CO., a corporation, )
)
Defendants. )

**DOCKETED**
MAY - 2 2001

## MEMORANDUM OPINION AND ORDER

Plaintiff suffered significant burns from a fire ignited while she was using defendants' paint spray. Defendant seeks to take the deposition of a licensed clinical social worker, Sara Kessler, at the hospital burn unit where she was treated. Plaintiff moves to quash the deposition subpoena, contending that Kessler's records and communications as a therapist are privileged from disclosure pursuant to the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/10. That motion is denied, but the deposition shall be limited to what plaintiff told Kessler about the immediate events at the time of the fire. Kessler's report is itself inadmissable.

Plaintiff has not introduced her mental condition in the proceeding, and any inquiry relating to mental condition is foreclosed by the statute. We believe, however, that <u>D.C. v. S.A.</u>, 227 Ill.Dec. 550, 687 N.E.2d 1032 (Ill. 1997) dictates the result here – a short and narrowly focused deposition.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 1, 2001.